IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JENNIFER HALL, Personal     )
Representative of the       )
Estates of Joseph R.        )
Kalister, M.D., Betty J.    )
Kalister and Nicole M.      )
Kalister, and JACQUELYN R.  )
KALISTER, Individually and  )
on Behalf of Her Deceased   )
Parents, Joseph R.          )
Kalister, M.D. and Betty    )
R. Kalister, and on Behalf  )
of and as Next-of-Kin of    )
Her Deceased Sister,        )
Nicole M. Kalister,         )
                            )
     Plaintiffs,            )
                            )    CIVIL ACTION NO.
     v.                     )      2:17cv509-MHT
                            )
HARTZELL ENGINE             )
TECHNOLOGIES, LLC,          )
                            )
     Defendant.             )
```

ORDER

By agreement of all parties, it is ORDERED that the joint motion to transfer venue (doc. no. 12) is granted and that this case is transferred to the United States District Court for the Middle District of Tennessee.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 3rd day of October, 2017.

                                      /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**